

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

January 2, 2015

B.J. Allen Galloway
TDCJ-ID #01847377
Daniel Unit
938 FM 1673
Snyder, TX 79549

Randall C. Sims
District Attorney
501 S. Fillmore, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

**RE:** Case Numbers: 07-14-00325-CR, 07-14-00326-CR, 07-14-00327-CR,
07-14-00328-CR, 07-14-00329-CR, 07-14-00330-CR
Trial Court Case Numbers: 66223-E, 66224-E, 66255-E, 66256-E,
66257-E, 66258-E

**Style:** B.J. Allen Galloway v. The State of Texas

Dear Mr. Galloway and Mr. Sims:

The Court has issued mandate in the captioned causes.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:  Honorable Douglas Woodburn (DELIVERED VIA E-MAIL)
Caroline Woodburn (DELIVERED VIA E-MAIL)